**Order entered April 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00256-CV

### IN THE INTEREST OF M.F. AND. L.B., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85,906**

## ORDER

Before the Court is appellant's April 11, 2019 motion for an extension of time to file her brief. We **GRANT** the motion and extend the time to **May 1, 2019**. We caution appellant that further extension requests in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/    ERIN A. NOWELL
JUSTICE